UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ACCESS 4 ALL, Inc. et al.,

               Plaintiffs,

-against-

THE GRAND UNION HOTEL PROPERTY
MANAGEMENT COMPANY, Inc.,
               Defendants.
------------------------------------------------------------x

ORDER

09 CV 1162 (GBD)

GEORGE B. DANIELS, District Judge:

      The Court having been advised that the parties have reached a settlement in this matter, it is hereby

      ORDERED that the above-captioned action is dismissed without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days hereof. The Clerk of the Court is directed to close this case.

Dated: New York, New York
        November 23, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge